In the Matter of the Application of CHARLES H. PROFFEN, Respondent, for a Peremptory Mandamus Order Directing GEORGE P. NICHOLSON, as Corporation Counsel, etc., Appellant, to Institute Proceedings Pursuant to Chapter 1006 of the Laws of 1895, and the Acts Amending the Same,* to Determine Compensation for Damage by Reason of Closing of Old Third Avenue, Formerly Old Fordham Avenue, in the Borough of The Bronx, City of New York.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALFRED D'AGUILERA, Appellant, Impleaded, etc.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL L. GOLDSTEIN, Respondent, v. JACOB SHAPIRO, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

NATHAN NATHANSON, Guardian ad Litem of ZELDA NATHANSON, an Infant, Respondent, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Appellant. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

TEXAS HOLDING CO., INC., Respondent, v. PREMIER PROPERTY CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ARNOLD BRUDNER, Respondent, v. STANDARD OIL COMPANY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch and McAvoy, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ROBERT KING and TITLE GUARANTEE AND TRUST COMPANY, as Administrators, etc., of ELLA G. DAVIS, Deceased.— Decree, so far as appealed from, affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SARAH MOORE, as Administratrix, etc., of THOMAS EDWARD MOORE, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.; Dowling, P. J., dissents.

CROKER NATIONAL FIRE PREVENTION ENGINEERING COMPANY, Respondent, v. MEYER KACZKA and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

MINNIE FLAM, Appellant, Respondent, v. AARON LIPSTOCK and Others, Respondents, Appellants, Impleaded, etc.— Judgment and order affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of THE CITY OF NEW YORK Relative to Acquiring Title Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose in Fee to the Real Property Required for the Opening and

---

* See Laws of 1911, chap. 879, and Laws of 1923, chap. 752.— [REP.